# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| TONY HILLEY | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:07CV1069 HSO-JMR |
| | § | |
| MULTI-TRADE CONTRACTORS, ET AL. | § | DEFENDANTS |

## ORDER GRANTING AS UNOPPOSED DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56

BEFORE THE COURT is a Motion for Summary Judgment filed pursuant to FED. R. CIV. P. 56, filed on March 13, 2009 [40-1], by Defendant Multi-Trade Contractors. Defendant moves the Court to enter summary judgment on the grounds that because Heidi Starkey was an employee of Robert Wegnerowski and not Multi-Trade, there can be no cause of action for vicarious liability against Multi-Trade Contractors. The Court has been informed on this day that Plaintiff does not oppose the granting of Defendant's Motion.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Defendant's Motion for Summary Judgment [40-1] pursuant to FED. R. CIV. P. 56, should be and is hereby **GRANTED**, and Plaintiff's claims are hereby **DISMISSED AGAINST MULTI-TRADE CONTRACTORS.** The case will proceed on Plaintiff's remaining claims.

**SO ORDERED AND ADJUDGED,** this the 3rd day of April, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE